IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-32096-H1 |
| Sherika S Amory | |
| | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2017 and ending November 2018.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 12/01/2017 | 0720385 | US BANK TRUST NATIONAL ASSOCIATION | $1,696.20 |
| 02/01/2018 | 0724554 | US BANK TRUST NATIONAL ASSOCIATION | $1,713.44 |
| 04/02/2018 | 0729027 | US BANK TRUST NATIONAL ASSOCIATION | $865.34 |
| 07/02/2018 | 0735676 | US BANK TRUST NATIONAL ASSOCIATION | $2,596.02 |
| 08/01/2018 | 0737850 | US BANK TRUST NATIONAL ASSOCIATION | $865.34 |
| 10/01/2018 | 0742397 | US BANK TRUST NATIONAL ASSOCIATION | $1,730.68 |

RESPECTFULLY SUBMITTED,

/s/David G. Peake
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 06, 2018, either electronically or via BNC or U.S. First Class Mail.

Sherika S Amory
13562 Blue Marlin Ln
Houston, TX  77083

MIN GYU KIM
LAW FIRM OF MIN GYU KIM PLLC
2100 WEST LOOP SOUTH STE 805
HOUSTON,  TX  77027

US BANK TRUST NATIONAL ASSOCIATION
AS TRUSTEE OF THE IGLOO SERIES III TRUST
C/O BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX  75267-9002

/s/David G. Peake
David G. Peake, Trustee