Jennifer R. Bergh, Esq. (SBN 24103791)
Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
600 E. John Carpenter Fwy., Ste. 200
Irving, TX 75062
Ph: (949) 354-2601
Fax: (949) 200-4381
kzilberstein@ghidottilaw.com

**Attorney for Movant,**
US Bank Trust National Association as Trustee of the Igloo Series III Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | CASE NO.: 16-32096 |
| **SHERIKA S AMORY** § | |
| DEBTOR, § | CHAPTER 13 |
| **US Bank Trust National Association as Trustee** § | |
| **Of the Igloo Series III Trust,** § | |
| MOVANT, § | |
| **SHERIKA S AMORY** § | |
| RESPONDENTS. § | |
| § | |

**<u>NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(A) AND CO-DEBTOR STAY § 1301(C) AS TO 9006 PORTSIDE, SAN ANTONIO, TEXAS 78242 AND WAIVER OF THE THIRTY DAY REQUIREMENT PURSUANT TO 11 U.S.C. § 362(e)</u>**

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

US Bank Trust National Association as Trustee of the Igloo Series III Trust ("**Movant**") hereby withdraws it's Motion for Relief from the Automiatic Stay, filed with the Court on November 29, 2018, docket number 88.

Dated: December 14, 2018

                                                        Respectfully submitted,

                                                        /S/ Kristin Zilberstein, Esq

                                                        Kristin Zilberstein, Esq.
                                                        State Bar No.: 24104960
                                                        600 E. John Carpenter Fwy., Ste. 200
                                                        Irving, TX 75062
                                                        kzilberstein@ghidottilaw.com
                                                        COUNSEL FOR MOVANT

Jennifer R. Bergh, Esq. (SBN 24103791)
Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
600 E. John Carpenter Fwy., Ste. 200
Irving, TX 75062
Ph:  (949) 354-2601
Fax: (949) 200-4381
kzilberstein@ghidottilaw.com

**Attorney for Movant,**
US Bank Trust National Association as Trustee of the Igloo Series III Trust

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.: 16-32096 |
| **SHERIKA S AMORY** | § |
| DEBTOR, | § CHAPTER 13 |
| US Bank Trust National Association as Trustee | § |
| Of the Igloo Series III Trust, | § |
| MOVANT, | § |
| SHERIKA S AMORY | § |
| RESPONDENTS. | § |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 14, 2018, I served the following documents described as:

- **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(A) AND CO-DEBTOR STAY § 1301(C) AS TO 9006 PORTSIDE, SAN ANTONIO, TEXAS 78242 AND WAIVER OF THE THIRTY DAY REQUIREMENT PURSUANT TO 11 U.S.C. § 362(e)**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Sherika S Amory<br>13562 Blue Marlin Ln<br>Houston, TX 77083<br><br>**Debtor's Counsel**<br>Min Gyu Kim<br>Law Firm of Min Gyn Kim PLLC<br>2100 West Loop S., Suite 805<br>Houston, TX 77027<br><br>**Secured Creditor**<br>Spectrum Association<br>c/o Villages of Pheasant Run HOA<br>16690 Park Row Drive<br>Houston, TX 77084 | **Trustee**<br>David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft, Suite 430<br>Houston, TX 77096-3856<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>515 Rusk Ave., Ste 3516<br>Houston, TX 77002<br><br>**Judge's Courtesy Copy**<br>US Bankruptcy Court<br>Attn: Hon. Marvin Isgur<br>515 Rusk, Courtroom 404<br>Houston, TX 77002 |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 14, 2018, at Santa Ana, California

_/s/ Steven P. Swartzell_
Steven P. Swartzell